UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/16/25__

AMARI J. MOODY,

        Plaintiff,

    -against-

STARBUCKS CORPORATION,

        Defendants.

25-CV-8739 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Documents mailed by the Clerk of Court to the pro se plaintiff's address of record (2390 Millwater Crossing, Dacula, GA 30019) have been returned as undeliverable. The Court notes that plaintiff provided the same address of record in five other cases recently filed in this Court:

*Moody v. Sedwick Claims Mgmt. Servcs., Inc.*, 1:25-cv-8671 (JHR) (VF)
*Moody v. New York Inst. of Technology*, 1:25-cv-8730 (MMG)
*Moody v. The Mount Sinai Hospital, et al.*, 1:25-cv-8859 (UA)
*Moody v. Unum Group, et al.*, 1:25-cv-9787 (LTS)
*Moody v. United States Postal Serv.*, 1:25-cv-9790 (LTS)

The Court further notes that plaintiff has been aware at least since November 24, 2025 that documents mailed by the Clerk of Court to 2390 Millwater Crossing, Dacula, GA 30019 have been returned as undeliverable. *See* Supplemental Notice Regarding Mail Delivery & Court Communications (Dkt. 17), *Moody v. New York Inst. of Technology*, 1:25-cv-8730 (MMG) (S.D.N.Y. Nov. 25, 2025). In that case, plaintiff declined to consent to electronic service. *See id.* at ECF p. 2. Nor did he did not make any alternative arrangements (for example, a post office box) for receiving mail. Instead, plaintiff brought a new lawsuit against the United States Postal Service, accusing it of "ongoing mail interception, misdelivery, and failure to honor forwarding orders, resulting in active interference with federal court access, disability discrimination, denial of due process, and obstruction of justice in multiple pending federal matters." Compl. (Dkt. 1) at 1, *Moody v. United States Postal Serv.*, 1:25-cv-9790 (LTS) (S.D.N.Y. Nov. 24, 2025) (emphasis omitted).

 Every pro se plaintiff is required to provide a current address where he or she can receive documents served by other parties or mailed by the Court. Consequently, it is hereby ORDERED that plaintiff provide the Court with a valid mailing address no later than **December 30, 2025**. Plaintiff may use the attached Notice of Change of Address form for this purpose. The form may be mailed or delivered to the Pro Se Intake Unit, 500 Pearl Street, Room 250, New York, New York 10007. Alternatively, it may be emailed to Pro_Se_Filing@nysd.uscourts.gov. If plaintiff fails to update his address as required, sanctions may be imposed, up to and including dismissal of this action.

To ensure that plaintiff receives a copy of this Order, as well as the Order Scheduling Initial Case Management Conference (issued today), defendant Starbucks Corporation is directed to

email copies of both orders to plaintiff at amoodyjames23@gmail.com (*see* Dkt. 1 at ECF p. 3) and file proof of such service on the docket.

Dated: New York, New York
December 16, 2025

SO ORDERED.

**BARBARA MOSES**
**United States Magistrate Judge**

2

IH-34                                                                                                          Rev:2014-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed  to the following:

_____

Name (Last, First, MI)

_____

Address                      City                                State            Zip Code

_____          _____

Telephone Number                              E-mail Address (if available)

_____          _____

Date                                              Signature