UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMARI J. MOODY,

                                Plaintiff,

              -v-

STARBUCKS CORPORATION,

                             Defendant.

---

25 Civ. 8739 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Before the Court are the motions of plaintiff Amari Moody, who is proceeding *pro se*, at Dkts. 44, 52, 56–65.

On January 8, 2026, plaintiff moved to vacate Magistrate Judge Barbara Moses' orders of December 19, 2025 and December 30, 2025. *See* Dkt. 44. These orders denied plaintiff's motion to serve early discovery and to clarify that denial, respectively. *See* Dkts. 28, 32. Upon careful review of Judge Moses' orders, the Court finds neither "clearly erroneous" or "contrary to law." Fed. R. Civ. P. 72(a). "Under [72(a)'s] highly deferential standard, magistrate judges are afforded broad discretion in resolving nondispositive disputes and reversal is appropriate only if their discretion is abused." *Thai Lao Lignite (Thailand) Co., Ltd. v. Gov't of Lao People's Democratic Republic*, 924 F.Supp.2d 508, 511 (S.D.N.Y. 2013). Based on the facts and circumstances here, Judge Moses did not err in denying plaintiff's motion to serve early discovery given the "careful scrutiny" courts are required to apply to such *ex parte* requests. *Digital Sin, Inc. v. Does 1–176*, 279 F.R.D. 239, 241 (S.D.N.Y. 2012). Nor did Judge Moses err by denying plaintiff's request for, *inter alia*, a conference to clarify that denial. *See Williams v. Rosenblatt Sec., Inc.*, 236 F. Supp. 3d 802, 803 (S.D.N.Y. 2017).

On January 20, 2026, Judge Moses granted defendant's motion to compel arbitration. Dkt. 48. Accordingly, the present action was stayed "in its entirety, pending the completion of the arbitration." *Id.* at 17. Under the Federal Arbitration Act, a district court is required to impose such stay "after all claims have been referred to arbitration and a stay [has been] requested." *Katz v. Cellco P'ship*, 794 F.3d 341, 345 (2d Cir. 2015). For avoidance of doubt, the Court reiterates that the present action—including the motions pending at dockets 52, 56–57—is stayed pending arbitration.

The Clerk of Court is respectfully requested to close the motion at docket 44.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 29, 2026
        New York, New York

2