```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   03/30/26
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMARI J. MOODY,

       Plaintiff,

    -against-

STARBUCKS CORPORATION,

       Defendants.

25-CV-8739 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In his most recent motion, filed on March 13, 2026, plaintiff Amari Moody asserts that the "onboarding documents" submitted to the Court two and a half months ago by defendant Starbucks Corporation, in support of its successful motion to compel arbitration, "reference or contain personally identifying information submitted by Plaintiff during a private employment process. Filing them unsealed on a public federal docket, without any sealing motion or protective order request, exposed Plaintiff's private employment records to public access in violation of [Fed. R. Civ. P.] Rule 5.2. The court had an independent obligation to address this upon seeing it. Neither occurred." (Dkt. 84 at 7.)

    The Court has reviewed defendant's filings in support of its motion to compel arbitration, including the onboarding documents and related exhibits attached to the Declaration of Shami Marangwanda (Dkts. 39-1 through 39-8). They do not contain any personal information requiring redaction pursuant to Rule 5.2(a). Consequently, plaintiff's motion at Dkt. 84 is DENIED to the extent it seeks an order sealing defendant's filings or other relief predicated on the alleged Rule 5.2 violation.

Dated:  New York, New York
       March 30, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**